UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ELIZZIE OESTRICHER,

    Plaintiff,

vs.

JUDGE: MARRA
CASE NUMBER: 07-61926

LABORATORY CORPORATION OF AMERICA;
LAW OFFICES OF MARTIN B. KOFSKY, P.A.;
HOLY CROSS HOSPITAL, INC.;
SOUTH BROWARD HOSPTAL DISTRICT
d/b/a MEMORIAL HEALTHCARE SYSTEM;
SOUTH FLORIDA MEDICAL IMAGING, P.A.

    Defendant.
_____/

## PLAINTIFF'S INITIAL DISCLOSURES

COMES NOW, the Plaintiff, ELIZZIE OESTRICHER ("Plaintiff"), by and through her undersigned counsel, and provides the following initial disclosures pursuant to Federal Rule of Civil Procedure (FRCP) 26, Rule 16B of the Local Rules for the United States District Court for the Southern District of Florida, and Scheduling Conference Order of Judge Marra:

(A). The name, known addresses and telephone number of each individual likely to have discoverable information that the disclosing party may use to support it's claims or defenses, unless solely for impeachment, identifying the subjects of the information;

    1.    Elizzie Oestricher, Plaintiff.
              302 NW 3rd Ave.
              Hallandale, Florida 33099
              Tel: 954-456-3372

Plaintiff has personal knowledge of all claims, events and circumstances giving rise to this case.

2. Any and all representatives of Laboratory Corporation of America ("LCA") who dealt with Plaintiff's account.

These witnesses may have knowledge concerning the alleged debt and the policies, practices, procedures and assignments of the collection of the alleged debt.

3. Any and all representatives of Law Offices of Martin B. Kofsky, P.A. ("Kofsky") who dealt with Plaintiff's account.

These witnesses may have knowledge concerning the alleged debt and the policies, practices, procedures and assignments of the collection of the alleged debt.

4. Any and all representatives of Holy Cross Hospital, Inc. ("HCH") who dealt with Plaintiff's account.

These witnesses may have knowledge concerning the alleged debt and the policies, practices, procedures and assignments of the collection of the alleged debt.

5. Any and all representatives of South Broward Hospital Distrcit d/b/a Memorial Healthcare System ("MHS") who dealt with Plaintiff's account.

These witnesses may have knowledge concerning the alleged debt and the policies, practices, procedures and assignments of the collection of the alleged debt.

6. Any and all representatives of South Florida Medical Imaging, P.A. ("SFMI") who dealt with Plaintiff's account.

These witnesses may have knowledge concerning the alleged debt and the policies, practices, procedures and assignments of the collection of the alleged debt.

    7.    Any and all representatives of Healthcare Revenue Recovery Group ("HRRG") who allegedly is an assignee of LCA or any other prior assignees of LCA.

These witnesses may have knowledge concerning the alleged debt and the policies, practices, procedures and assignments of the collection of the alleged debt.

(B). A copy of, or a description by category and location, of all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support it's claims or defenses, unless solely for impeachment;

    1.    Plaintiff's account file including applications, contracts, correspondence, or other documents to and from the Plaintiff and Defendant regarding the facts at issue in this case.

    2.    Any additional documents identified by any party to this action.

    3.    Copies of any state court filings including original complaints, answers, pleadings, discovery materials and supporting documentation.

    4.    Copies of any arbitration filings including original claims, responses, pleadings, discovery materials and supporting documentation.

Plaintiff reserves the right to supplement the response to this disclosure.

(C). A computation of damages claimed by the disclosing party, making available for inspection and copying, as outlined in Rule 34 of the FRCP, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;

Plaintiff is seeking statutory and actual damages. A detailed computation of the amount of damages is being prepared by Plaintiff based on the documentary evidence to be provided by the named witnesses.

Respectfully Submitted,

/s/ Paul A. Herman
Paul A. Herman (FL Bar No. 405175)
The Fair Credit Law Group, LLC
20423 State Road 7, suite F6-477
Boca Raton, FL 33498
Tel: 954-334-7670
Fax: 954-334-6778
Attorneys for Plaintiff Elizzie Oestricher

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Paul A. Herman
Paul A. Herman, Esq.

SERVICE LIST

Defendant

Laboratory Corporation of America    represented by Robert R. Hearn
                                                    Phelps Dunbar LLP

4

100 S. Ashley Drive
Suite 1900
Tampa, FL 33602
813-472-7550
Fax: 813-472-7570
Email: hearnr@phelps.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Defendant

Law Offices of Martin B. Kofsky, P.A.

Defendant

Holy Cross Hospital, Inc.

Defendant

Memorial Healthcare System, Inc

Defendant

South Florida Medical Imaging, P.A.